**Order entered October 30, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00242-CR

### DARVINAL R. CHANDLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F15-75696-X**

## ORDER

The Court grants the State's Motion for Second Extension of Time and Leave to File Brief. The State's brief will be deemed timely as of its filing date of October 25, 2018.

/s/    LANA MYERS
       PRESIDING JUSTICE